IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE LUIS BENAVIDES, § § | |
| Plaintiff, § § | |
| v. § | EP-18-CV-228-KC |
| § | |
| NATIONAL CREDIT ADJUSTERS, LLC, § § | |
| Defendant. § | |

### ORDER

On this day, the Court sua sponte considered the above-captioned case. On October 30, 2018, the Court ordered Plaintiff to file proof of service on Defendant no later than November 13, 2018, ECF No. 4, because Plaintiff failed to comply with Federal Rule of Civil Procedure 4(m). Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). Plaintiff failed to comply with the Order. The Court again ordered Plaintiff to file proof of service by November 28, 2018 and advised Plaintiff that a failure to respond could result in dismissal of the case. ECF No. 5. Plaintiff failed to comply with that Order, as well.

Accordingly, Plaintiff's claims against Defendant are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 6th day of December, 2018.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE